UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY PERKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>A. ADAMS, et al.,<br><br>    Defendants. | No. 2:16-cv-1791 JAM CKD P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. On November 20, 2017, plaintiff filed a motion requesting the California Department of Corrections and Rehabilitation to take "between 4-6 photographs of the serious injuries to the lower portion of his right leg" in order to demonstrate the extent and duration of the injuries that resulted from defendants' alleged deliberate indifference to his serious medical needs. ECF No. 35 at 3. In their opposition, defendants indicate that the requested photographs have been taken and that "counsel for defendants will be providing copies" to plaintiff. ECF No. 36 at 2.

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion, ECF No. 35, is denied as moot.

Dated:  December 26, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/perk1791.moot.docx