UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY PERKINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. ADAMS, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-1791 JAM CKD P<br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file his opposition to defendant's motion for summary judgment filed on April 23, 2018. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 42) is granted; and

2. Plaintiff is granted up to and including July 6, 2018, in which to file his opposition to defendant's motion for summary judgment. Defendants' reply, if any, shall be filed within seven days thereafter.

Dated: May 23, 2018

　　　　　　　　　　　　　　　　　　／s／ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

12/perk1791.36(1)