IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RANDY PERKINS,** | Case No. 2:16-cv-1791 JAM CKD (PC) |
| Plaintiff, | |
| v. | **ORDER** |
| **A. ADAMS, et al.,** | |
| Defendants. | |

The Court, having considered Defendant Adams' motion to modify the further scheduling order, and good cause having been shown:

**IT IS ORDERED:** Defendant's motion is granted. Her deadline to file a pretrial statement is May 25, 2020.

Dated: March 26, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE