UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY ERIC PERKINS, | No. 2:16-cv-01791-JAM-CKD P |
| Plaintiff, | |
| v. | ORDER |
| A. ADAMS, et al., | |
| Defendants. | |

Plaintiff, a former state inmate, is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. The parties are informed that this matter has been set for trial on September 12, 2022 at 9:00 a.m. Pursuant to the court's July 13, 2020 pretrial order, the parties are reminded of the following deadlines associated with trial:

1. Trial briefs shall be filed with this court no later than fourteen days prior to the date of trial in accordance with Local Rule 285.

2. The parties shall serve a copy of their exhibits upon one another no later than 30 days before trial. Each party shall file any objections to exhibits 14 days before trial. In making the objection, the party is to set forth the grounds for each objection. The parties shall bring one original and two copies of their exhibits to court on the day of trial. Defendant shall use letters to identity her exhibits, and plaintiff shall use numbers.

3. Any motions in limine (motions challenging admissibility of any evidence) shall be

filed no later than 30 days before trial.  Oppositions to motions <u>in</u> <u>limine</u> shall be filed no later than 7 days before trial.

    4. The parties shall file proposed voir dire and proposed jury instructions, if any, not later than seven days before the date set for trial.

Dated:  January 25, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/perk1791.td.JAM.docx