1
2
3
4
5
6
7

8                       UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RANDY ERIC PERKINS,                        No. 2:16-cv-01791-KJM-CKD P

12                      Plaintiff,

13         v.                                    ORDER APPOINTING COUNSEL

14   A. ADAMS, et al.,

15                      Defendants.

16

17         Plaintiff, a former state inmate, is proceeding pro se and in forma pauperis in this civil

18   rights action filed pursuant to 42 U.S.C. § 1983.  The court finds the appointment of counsel for

19   plaintiff warranted.  Shahid Manzoor has been selected from the court's pro bono attorney panel

20   to represent plaintiff and has agreed to be appointed.

21         Accordingly, IT IS HEREBY ORDERED that:

22   1.  Shahid Manzoor is appointed as plaintiff's counsel in the above titled matter.

23   2.  Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if he

24       has any questions related to the appointment.

25   3.  The Clerk of the Court is directed to serve a copy of this order on Shahid Manzoor,

26       Manzoor Law Firm, 3017 Douglas Blvd., Suite 104, Roseville, CA 95661.

27   4.  A final pretrial conference is set for **November 18, 2022 at 10:00 a.m. in Courtroom 3**

28       before the undersigned.  All other dates and deadlines are **vacated**.  At least one of the

1

attorneys who will conduct the trial for each of the parties shall attend the Final Pretrial Conference.

5. The parties shall meet and confer and file a joint Pretrial Statement **no less than three weeks prior to the Final Pretrial Conference**. *See* E.D. Cal. L.R. 282.  The provisions of Local Rule 281 shall apply with respect to the matters to be included in the joint pretrial statement.

6. All motions *in limine* must be filed in conjunction with the joint pretrial statement.  In most cases, motions *in limine* are addressed and resolved on the morning of the first day of trial.  The parties may alert the court at the Final Pretrial Conference and in their final Joint Pretrial Statement that a particular motion or motions should be resolved earlier.  At the Final Pretrial Conference, the court will set a briefing and hearing schedule on the motions *in limine* as necessary.  The parties are reminded that a motion *in limine* is a pretrial procedural device designed to address the admissibility of evidence.  The court looks with disfavor upon dispositional motions presented at the Final Pretrial Conference or at Trial in the guise of motions *in limine*.

7. The dates and deadlines set in this order will not be reset absent a showing of good cause.

DATED:  August 17, 2022.

_____

CHIEF UNITED STATES DISTRICT JUDGE